UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARIN MILLER,

             Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

             Defendants.

Case No.: 3:13-CV-090

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

### ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 48), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 23, 2014 is **ADOPTED** in full;

2. The parties' two stipulations for voluntary dismissal with prejudice of Defendants Experian Information Solutions, Inc. ("Experian") and Wites & Kapetan, P.A. ("W&K") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (docs. 42, 43) are **CONSTRUED** as two joint, unopposed motions to dismiss pursuant to Fed. R. Civ. P. 21;

3. Both motions are **GRANTED**; and

4. Defendants Experian and W&K are **DISMISSED** from this case **WITH PREJUDICE.**

**IT IS SO ORDERED.**

Date: 7-17-14

Thomas M. Rose
United States District Judge