IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARIN MILLER,

        Plaintiff,                          Case No.: 3:13-CV-90

vs.

EXPERIAN INFORMATION              District Judge Thomas M. Rose
SOLUTIONS, INC., *et al.*,               Magistrate Judge Michael J. Newman

        Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION (DOC. 46)

The Court previously granted Plaintiff leave to file an Amended Complaint. *See* June 16, 2014 Notation Order granting doc. 37. Trans Union, LLC, the only Defendant named in the Amended Complaint, now moves for reconsideration of the Court's decision to permit the filing of an Amended Complaint. *See* docs. 46 (Trans Union's motion for reconsideration), 51 (Plaintiff's memorandum in opposition).

Recognizing that Fed. R. Civ. P. 15(a)(2) provides leave to amend shall be "freely give[n]," the Court **DENIES** Trans Union's motion for reconsideration. Trans Union remains free to file a motion to dismiss the Amended Complaint should it believe such a motion is appropriate. The Court makes no finding on the merits, or lack thereof, of any such motion.

    **IT IS SO ORDERED.**

July 18, 2014                                                  s/ **Michael J. Newman**
                                                                      United States Magistrate Judge