UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**CARIN MILLER,**

        **Plaintiff,**

**-v-**

**EXPERIAN INFORMATION SOLUTIONS INC., et al.,**

        **Defendants.**

Case No. 3:13-cv-090

Judge Thomas M. Rose

---

**ENTRY AND ORDER OVERRULING TRANS UNION'S MOTION FOR ATTORNEYS FEES AND SANCTIONS (Doc. #105) WITHOUT PREJUDICE TO RENEWAL AFTER THE APPEALS PROCESS IS COMPLETE**

---

Now before the Court is a Motion for Attorneys' Fees and Sanctions Pursuant To Rule 11, 28 U.S.C. § 1927 and 15 U.S.C. § 1681 filed by Defendant Trans Union LLC ("Trans Union"). (Doc. # 105.) Trans Union seeks sanctions against Plaintiff Carin Miller ("Miller") and her attorneys for the "initiation and continuation of this baseless suit.…" This Motion is now fully briefed and ripe for decision.

Trans Union was granted summary judgment on Miller's claims against it. (Doc. #102.) However, Miller has appealed this decision. (Doc. #109.) Therefore, until the appeals process is complete, the Court cannot fully evaluate whether Miller's lawsuit against Trans Union was baseless.

Therefore, Trans Union's Motion for Attorneys' Fees and Sanctions Pursuant To Rule 11, 28 U.S.C. § 1927 and 15 U.S.C. § 1681 is overruled without prejudice to renewal. Trans Union may renew its motion, if it wishes, after the appeals process is complete.

**DONE** and **ORDERED** in Dayton, Ohio this Thirteenth Day of April, 2015.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record