UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

---

CARIN MILLER,  CASE NO. 3:13-cv-00090-TMR
      Plaintiff,

  vs.  JUDGE Thomas M. Rose

EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX, INC.;
TRANSUNION LLC; WITES &
KAPETAN, P.A.; INFINITY
MARKETING SOLUTIONS, INC.;
DOE COMPANY DEBT COLLECTOR;
and EQUIFAX INFORMATION
SERVICES LLC;
      Defendants.

---

**DEFENDANT TRANSUNION LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, the Corporate Disclosure Statement is filed on behalf of **Trans Union LLC**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

      **XX** Yes        _____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    **Trans Union is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly**

>**known as TransUnion Holding Company, Inc. TransUnion is a publicly traded entity. Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.**
>
>**No public company directly owns 10% or more of the stock in Trans Union. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc. Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.**

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    \_\_\_\_\_ Yes        **XX** No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

    **N/A**

                                       Respectfully submitted,


                                       */s/      William M. Huse*
                                       William R. Brown, Trial Attorney (IN #26782-48)
                                       William M. Huse, Trial Attorney (OH #0076942)
                                       Schuckit & Associates, P.C.
                                       4545 Northwestern Drive
                                       Zionsville, IN  46077
                                       Telephone:  317-363-2400
                                       Fax:  317-363-2257
                                       E-Mail:  wbrown@schuckitlaw.com
                                       E-Mail:  whuse@schuckitlaw.com

                                       *Counsel for Defendant, Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of July, 2015**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Sam S. Han, Esq. sam@atlantatrial.com | John A. Fischer, Esq. jaf@dfattorneys.com |
| Kendall W. Carter, Esq. kcarter@kslaw.com | Donald P. Screen, Esq. don.screen@chandralaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of July, 2015**, properly addressed as follows:

| | |
|---|---|
| None. | |

 /s/      Willliam M. Huse
William R. Brown, Trial Attorney (IN #26782-48)
William M. Huse, Trial Attorney (OH #0076942)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
E-Mail:  whuse@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*